No. 12–5005.  MEGGS *v.* KNOWLIN, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 12–5006.  KING *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 12–5007.  MAESTAS *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 12–5008.  SALAS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 12–5010.  CRAPE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–5012.  NGUYEN *v.* KNOWLES, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–5013.  ROEDEL *v.* FRINK, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–5014.  BUSH *v.* WILSON, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 12–5015.  BUCCI *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 12–5018.  BELDEN *v.* LAMPERT, DIRECTOR, WYOMING DEPARTMENT OF CORRECTIONS.  C. A. 10th Cir.  Certiorari denied.

No. 12–5019.  VAN HOESEN *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 12–5020.  KUMVACHIRAPITAG *v.* GATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–5022.  JUAREZ *v.* JACQUEZ, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–5023.  LOPEZ-LOPEZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 12–5024.  MAJOR ET AL. *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.